# IN THE UNITED STATES BANKRUPTCY COURT

## OF EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE:SONYA F. WOOD-JOHNSON A/K/A SONJA F. JOHNSON A/K/A SONYA F. WOOD | : : : | BKY NO. 13-15978 |
| DEBTOR(S) | : | CHAPTER 13 |
| SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR | : : | |
| MOVANT SONYA F. WOOD-JOHNSON A/K/A SONJA F. JOHNSON A/K/A SONYA F. WOOD WILLIAM C. MILLER | | |
| RESPONDENTS | | |

### CERTIFICATION OF NO RESPONSE BEING FILED

**JENIECE D. DAVIS, ESQUIRE, OF THE LAW OFFICES OF MARTHA E. VON ROSENSTIEL, P.C** attorney for Seterus, Inc., servicer for Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor the Movant herein, hereby certifies that no response has been filed to the foregoing Motion for Relief from Stay under Section 362(d) of the Bankruptcy Code of l978.

                                              **/s/Jeniece D. Davis**
                                              **Jeniece D. Davis, Esquire**
                                              **Martha E. Von Rosenstiel, P.C.**
                                              **649 South Avenue**
                                              **Secane, PA 19018**
                                              **Attorney ID 208967**
                                              **Jeniece@mvrlaw.com**

Date: 8/8/2016
Joseph L. Quinn, Esquire, Electronic Service
152 E. High Stsreet, Suite 100
Pottstown, PA  19464

William C. Miller, Electronic Service
1234 Market Street
Philadelphia, PA 19107