UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sonya F. Wood-Johnson A/K/A Sonja F. Johnson A/K/A Sonya F. Wood : Debtor : | A HEARING WILL BE HELD ON 8/18/2016 AT 10:00 AM IN COURTROOM #1 |
| Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns : Movant, : | 900 MARKET STREET, PHILADELPHIA, PA 19107  CHAPTER 13 |
| v. : Sonya F. Wood-Johnson A/K/A Sonja F. Johnson A/K/A Sonya F. Wood : Respondent | BANKRUPTCY NO. 13-15978  11 U.S.C. §362 |
| William C. Miller, Trustee Additional Respondent | |

## ORDER

**AND NOW**, this 18th day of August, 2016, upon motion of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns, for relief from the Automatic Stay, it is

**ORDERED THAT**: The Automatic Stay of all proceedings, as provided under 11 U.S.C. 362(d)(1), is modified with respect to the premises: **1329 West Ruscomb Street, Philadelphia, PA 19141**, That Movant may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law. The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. The relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**