United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sonya F. Wood-Johnson
    Debtor

Case No. 13-15978-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Aug 18, 2016
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.
db          +Sonya F. Wood-Johnson,   2100 Carolton Way,   Flourtown, PA 19031-1605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
        ALEXANDRA T. GARCIA   on behalf of Creditor   Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
        ANN E. SWARTZ    on behalf of Creditor   Ventures Trust 2013-I-H-R ecfmail@mwc-law.com,
         ecfmail@mwc-law.com
        D. TROY SELLARS    on behalf of Creditor   BANK OF AMERICA, N.A. tsellars@cozen.com
        JENIECE D. DAVIS    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
         Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
         Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
        JEROME B. BLANK    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
        JOSEPH L QUINN    on behalf of Debtor Sonya F. Wood-Johnson CourtNotices@sjr-law.com
        JOSEPH PATRICK SCHALK    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
        MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com
        MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   U. S. Bank National Association, Et al.
         paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                    TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sonya F. Wood-Johnson A/K/A Sonja F. Johnson A/K/A Sonya F. Wood : Debtor | A HEARING WILL BE HELD ON 8/18/2016 AT 10:00 AM IN COURTROOM #1 |
| Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns : Movant, | 900 MARKET STREET, PHILADELPHIA, PA 19107  CHAPTER 13 |
| v. | BANKRUPTCY NO. 13-15978 |
| Sonya F. Wood-Johnson A/K/A Sonja F. Johnson A/K/A Sonya F. Wood : Respondent | 11 U.S.C. §362 |
| William C. Miller, Trustee Additional Respondent | |

**ORDER**

**AND NOW**, this 18th day of August, 2016, upon motion of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns, for relief from the Automatic Stay, it is

**ORDERED THAT**:  The Automatic Stay of all proceedings, as provided under 11 U.S.C. 362(d)(1), is modified with respect to the premises: **1329 West Ruscomb Street, Philadelphia, PA 19141**, That Movant may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law.  The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  The relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**