United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sonya F. Wood-Johnson
    Debtor

Case No. 13-15978-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia    Page 1 of 1    Date Rcvd: Mar 10, 2017
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.
db          +Sonya F. Wood-Johnson,   2100 Carolton Way,   Flourtown, PA 19031-1605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
       ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
       ANDREW  SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
       ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
       D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
       JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
       Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
       Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
       JEROME B. BLANK    on behalf of Creditor    Trifera, LLC paeb@fedphe.com
       JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
       JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
       JOSEPH L QUINN    on behalf of Debtor Sonya F. Wood-Johnson CourtNotices@sjr-law.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
       MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
       MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    U. S. Bank National Association, Et al.
       paeb@fedphe.com
       MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
       THOMAS I. PULEO    on behalf of Creditor    U. S. Bank National Association, Et al.
       tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Trifera, LLC pa.bkecf@fedphe.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                            TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**SONYA F. WOOD-JOHNSON**<br>**A/K/A SONYA F. JOHNSON**<br>**A/K/A SONYA F. WOOD**<br>**Debtor** | BK. No. 13-15978 ELF<br><br>Chapter No. 13 |
| **TRIFERA, LLC**<br>**Movant**<br>v.<br>**SONYA F. WOOD-JOHNSON**<br>**A/K/A SONYA F. JOHNSON**<br>**A/K/A SONYA F. WOOD**<br>**SHAWN JOHNSON (NON-FILING CO-MORTGAGOR)**<br>**Respondent** | 11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, this 10th day of March, 2017, upon Motion of **TRIFERA, LLC** (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1327 WEST RUSCOMB STREET, PHILADELPHIA, PA 19141(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. §1301(c) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **TRIFERA, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**