13-15978

Hi my name is Troye Johnson and I am writing this letter in regard to my home at 5852 N. Fairhill St. 19120 I am writing this letter to the Clerk Office U.S. Bankruptcy Court and also a copy of this letter has been sent to Movants Attorney at Phelan Hallinan Diamond & Jones, LLP 1617 JFK Boulevard Suite 1400 One Penn Center Plaza Philadelphia PA. 19103 I Respectfully ask The Bankruptcy Court to decline Wells Fargo's Request For Relief From The Automatic Stay

I have lived at my home at 5852 N. Fairhill St. for 25 years and have been gainfully employed for 25 years as well but do to an unexpected death in my family I have suffered financial hardship I would ask the Bankruptcy Court for just a few more months to bring my mortgage

Current And Back in good Standings with Wells Fargo's I Have Already Started Dublin my Mortgage payments to Achieve This goal I do Not Believe This is an Unreasonable Request I would Also like to Be Present At Any Hearing Regarding This Matter I can Be Reached At This Number to Answer Any questions or Concerns

267-584-1955

Sometimes we All Need Just A little Help Thank You For your Time