## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | |
| SONYA F. WOOD-JOHNSON | : | BK. No. 13-15978-elf |
| AKA SONYA F JOHNSON AKA SONYA F. | : | |
| WOOD | : | **Chapter No. 13** |
| Debtors | : | |
| | : | |
| WELLS FARGO BANK, NA | : | |
| Movant | : | |
| v. | : | **11 U.S.C. §362 AND §1301** |
| SONYA F. WOOD-JOHNSON | : | |
| AKA SONYA F JOHNSON AKA SONYA F. | : | |
| WOOD | : | |
| TROYE C. JOHNSON (Non-filing Co-debtor) | : | |
| Respondents | | |

### ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY AND CO-DEBTOR STAY

**AND NOW**, this  21st  day of   June , 2016, upon Motion of
**WELLS FARGO BANK, NA** (Movant), and after a hearingit is:

**ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 5852 NORTH FAIRHILL STREET, PHILADELPHIA, PA 19120 NKA 5852 N FAIRHILL ST, PHILADELPHIA, PA 19120-1311 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, NA** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**