United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sonya F. Wood-Johnson  
    Debtor

Case No. 13-15978-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jun 22, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.  
db      +Sonya F. Wood-Johnson,    2100 Carolton Way,    Flourtown, PA 19031-1605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:

     ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com  
     ANDREW SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com  
     ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com, ecfmail@mwc-law.com  
     D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov  
     JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
     JEROME B. BLANK    on behalf of Creditor    Trifera, LLC paeb@fedphe.com  
     JEROME B. BLANK    on behalf of Creditor    U. S. Bank National Association, Et al. paeb@fedphe.com  
     JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
     JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
     JOSEPH L QUINN    on behalf of Debtor Sonya F. Wood-Johnson CourtNotices@sjr-law.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
     MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
     MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
     MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    U. S. Bank National Association, Et al. paeb@fedphe.com  
     THOMAS I. PULEO    on behalf of Creditor    U. S. Bank National Association, Et al. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    Trifera, LLC pa.bkecf@fedphe.com  
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, NA pa.bkecf@fedphe.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

     TOTAL: 20

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | |
| SONYA F. WOOD-JOHNSON | : | BK. No. 13-15978-elf |
| AKA SONYA F JOHNSON AKA SONYA F. WOOD | : | |
| | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| WELLS FARGO BANK, NA | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 AND §1301 |
| SONYA F. WOOD-JOHNSON | : | |
| AKA SONYA F JOHNSON AKA SONYA F. WOOD | : | |
| TROYE C. JOHNSON (Non-filing Co-debtor) | : | |
| Respondents | | |

**ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY AND CO-DEBTOR STAY**

   **AND NOW**, this 21st day of June, 2016, upon Motion of **WELLS FARGO BANK, NA** (Movant), and after a hearing it is:

   **ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

   **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 5852 NORTH FAIRHILL STREET, PHILADELPHIA, PA 19120 NKA 5852 N FAIRHILL ST, PHILADELPHIA, PA 19120-1311 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

   **ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

   **ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, NA** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

   **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**