# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-15978-ELF

SONYA F. WOOD-JOHNSON

2100 CAROLTON WAY

FLOURTOWN, PA 19031

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SONYA F. WOOD-JOHNSON

    2100 CAROLTON WAY

    FLOURTOWN, PA 19031

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

                            /S/ William C. Miller

Date: 12/28/2017                      _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee