# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sonya F. Wood-Johnson<br>    aka Sonya F Johnson,<br>    aka Sonya F. Wood<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-15978 elf |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing as servicer for LLC The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2006-F and index same on the master mailing list.

                                              Respectfully submitted,

                                          **/s/Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734