## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sonya F. Wood-Johnson aka Sonya F Johnson, aka Sonya F. Wood | CHAPTER 13 |
| Debtor(s) | |
| | |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2006-F | NO. 13-15978 elf |
| Movant | |
| vs. | |
| | 11 U.S.C. Sections 362 |
| Sonya F. Wood-Johnson aka Sonya F Johnson, aka Sonya F. Wood | |
| Debtor(s) | |
| | |
| William C. Miller Esq. | |
| Trustee | |

## ORDER

AND NOW, this 20th day of    March   , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay   11 U.S.C. Section 362, is modified with respect to the subject premises located at 1327 W Ruscomb St, Philadelphia, PA 19141-2708 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**