**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| SONYA F. WOOD-JOHNSON | : | BK. No. 13-15978-elf |
| A/K/A SONYA F. JOHNSON | : | |
| A/K/A SONYA F. WOOD | : | Chapter No. 13 |
| Debtor | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS10 | : | 11 U.S.C. §362 and §1301 |
| Movant | : | |
| v. | : | |
| SONYA F. WOOD-JOHNSON | : | |
| A/K/A SONYA F. JOHNSON | : | |
| A/K/A SONYA F. WOOD | : | |
| SHAWN JOHNSON | : | |
| Respondents | : | |

# O R D E R

**AND NOW**, this 4th day of April, 2018, at **PHILADELPHIA**, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS10** (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 2100 CAROLTON WAY, FLOURTOWN, PA 19031 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS10** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Order entered by default.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**