United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 13-15978-elf
Sonya F. Wood-Johnson                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia          Page 1 of 1              Date Rcvd: Apr 04, 2018
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db          +Sonya F. Wood-Johnson,    2100 Carolton Way,    Flourtown, PA 19031-1605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
              ANDREW   SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Trifera, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    U. S. Bank National Association, Et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Sonya F. Wood-Johnson CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    U. S. Bank National Association, Et al. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    U. S. Bank National Association, Et al.
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of  New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revolving Home Equity Loan Trust, Series 2006-F bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U. S. Bank National Association, Et al.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Trifera, LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U. S. Bank National Association, Et al.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et.
               al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 25

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **SONYA F. WOOD-JOHNSON** : | BK. No. 13-15978-elf |
| A/K/A SONYA F. JOHNSON : | |
| A/K/A SONYA F. WOOD : | Chapter No. 13 |
| **Debtor** : | |
| : | |
| **U.S. BANK NATIONAL ASSOCIATION, AS** : | |
| **TRUSTEE FOR RESIDENTIAL ASSET** : | |
| **SECURITIES CORPORATION, HOME** : | 11 U.S.C. §362 and §1301 |
| **EQUITY MORTGAGE ASSET-BACKED PASS-** : | |
| **THROUGH CERTIFICATES, SERIES 2005-** : | |
| **KS10** : | |
| **Movant** : | |
| v. : | |
| **SONYA F. WOOD-JOHNSON** : | |
| A/K/A SONYA F. JOHNSON : | |
| A/K/A SONYA F. WOOD : | |
| **SHAWN JOHNSON** : | |
| **Respondents** : | |

# O R D E R

AND NOW, this 4th day of April, 2018, at **PHILADELPHIA**, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS10** (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 2100 CAROLTON WAY, FLOURTOWN, PA 19031 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS10** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**