Certificate Number: 05781-PAE-DE-031747427

Bankruptcy Case Number: 13-15978



05781-PAE-DE-031747427

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 11, 2018, at 1:00 o'clock PM PDT, Sonya Wood completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 11, 2018              By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President