United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-15978-elf
Sonya F. Wood-Johnson                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: Mar 15, 2019
                              Form ID: 138NEW             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
```
db           +Sonya F. Wood-Johnson,    2100 Carolton Way,    Flourtown, PA 19031-1605
intp         +Troye C. Johnson,    5852 North Fairhill Street,    Philadelphia, PA 19120-1311
13136081    ++ASCENDIUM EDUCATION SOLUTIONS INC,    PO BOX 8961,    MADISON WI 53708-8961
             (address filed with court: Sallie Mae Inc. on behalf of USA Funds,
              Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
13325014     +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
               SIMI VALLEY, CA 93065-6414
13485795     +BSI Financial Services, Inc.,    314 S. Franklin Street,    P.O. Box 517,
               Titusville, PA 16354-0517
13095277     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
13162532     +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13095278      CitiBank,    PO Box 6241,    Sioux Falls, SD 57117-6241
13095279      Department of Streets (City of Phila),    P.O. Box 966,    Philadelphia, PA 19105-0966
13204253      Federal National Mortgage Association,    PO Box 1047,    Hartford CT  06143-1047
13095282      Home Comings Financial / GMAC Mortgage,    Attention: Bankruptcy Dept,    Po Box 4622,
               Waterloo, PA 19034
13095283     +Howard S Klein & Assoc,    1315 Walnut Street, Ste 1200,    Philadelphia, PA 19107-4712
13161578     +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13228747      Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL,   33416-4738
13095286     +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
               Highlands Ranch, CO 80129-2386
13106251     +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13203981     +U.S. Bank National Association, as Trustee for Res,    Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
               West Palm Beach, FL 33409-6493
13146769      US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
14126038      United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
13095287     +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
13095288     +Usdoe/glelsi,    2401 International,    Madison, WI 53704-3121
13698474     +WELLS FARGO BANK, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
               3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:30:36     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2019 03:29:10
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2019 03:30:32     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13100681      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2019 03:26:56
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
13228711      E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:30:35     City of Philadelphia,
               1401 JFK Boulevard,    Philadelphia, PA,   19102
13266872     +E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:30:35
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13095280     +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Mar 16 2019 03:28:50     Freedom Credit Union,
               626 Jacksonville Road,    Suite 250,    Warminster, PA 18974-4862
13095281      E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2019 03:26:33     GE Money Bank,    PO Box 960080,
               Orlando, FL 32896-0080
13095284     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2019 03:30:02     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13095285     +E-mail/PDF: pa_dc_claims@navient.com Mar 16 2019 03:26:41     Sallie Mae,
               Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13744174     +E-mail/Text: bncmail@w-legal.com Mar 16 2019 03:30:16     Trifera, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Federal National Mortgage Association
cr*            +Trifera, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
13101377     ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                         TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Mar 15, 2019
                              Form ID: 138NEW             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:

```
          ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANDREW  SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
          JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
           Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Trifera, LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    U. S. Bank National Association, Et al. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
          JOSEPH L QUINN    on behalf of Debtor Sonya F. Wood-Johnson CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    U. S. Bank National Association, Et al. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    U. S. Bank National Association, Et al.
           paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of  New
           York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
           Revolving Home Equity Loan Trust, Series 2006-F bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U. S. Bank National Association, Et al.
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Trifera, LLC paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U. S. Bank National Association, Et al.
           paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et.
           al. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 25
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sonya F. Wood−Johnson
      Debtor(s)                                 Bankruptcy No: 13−15978−elf
                                                     Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                               900 Market Street
                                   Suite 400
                              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                            For The Court
                                                                      Timothy B. McGrath
                                                                      Clerk of Court

Dated: 3/15/19

                                                                                                                   107 − 106
                                                                                                        Form 138_new